UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the Electrical Workers Local No. 292 Pension Fund; and their successors, | Civ. File No. 08-5045 (PAM/JJG) |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL** |
| LAKEVIEW ELECTRIC, INC. | |
| Defendant. | |

_____

This matter is hereby dismissed with prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: November 13, 2008         BY THE COURT

                                                 s/Paul A. Magnuson
                                               The Honorable Paul A. Magnuson
                                               United Stated District Court Judge